THE ESSEX PUBLIC ROAD BOARD, PLAINTIFF IN ERROR,
v. THE STATE, MARY E. ALBY ET AL., PROSECUTORS,
DEFENDANTS IN ERROR.

On error to the Supreme Court.

For opinion of the Supreme Court, see 22 *Vroom* 439.

For the plaintiff in error, *John W. Taylor.*

For the defendants in error, *Thos. N. McCarter.*

PER CURIAM.

The judgment is affirmed, for the reasons given by the court below.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, GARRISON, MAGIE, BROWN, CLEMENT, COLE, SMITH.   8.

*For reversal*—None.